LEE CADLE, Respondent, *v.* NATIONAL ANILINE & CHEMICAL COMPANY, INC., Appellant.

Reported below, 264 App. Div. 825.
Submitted October 5, 1942; decided October 15, 1942.

*William L. Clay* for motion.

*Esmond D. Murphy* and *Chester McNeil* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.